IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PPS DATA, LLC, a Nevada limited liability company,<br><br>　　　　Plaintiff,<br>vs.<br><br>PASSPORT HEALTH COMMUNICATIONS, INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No.: 2:12-cv-00438-RJS-DBP<br><br>Judge Robert J. Shelby |

## STIPULATION OF DISMISSAL WITH PREJUDICE

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff PPS Data, LLC and Defendant Passport Health Communications, Inc. hereby stipulate to dismiss all claims between them in this case, with prejudice, and each party shall bear its own attorneys' fees and costs.

　　DATED this 26th day of September, 2013.　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　KIRTON McCONKIE

　　　　　　　　　　　　　　　　　　　　By /s/ James T. Burton
　　　　　　　　　　　　　　　　　　　　　　James T. Burton
　　　　　　　　　　　　　　　　　　　　　　Joshua S. Rupp

　　　　　　　　　　　　　　　　　　　　　*Attorneys for PPS Data, LLC*

　　　　　　　　　　　　　　　　　　　　NELSON CHRISTENSEN
　　　　　　　　　　　　　　　　　　　　HOLLINGSWORTH & WILLIAMS

　　　　　　　　　　　　　　　　　　　　By /s/ Jeffrey S. Williams
　　　　　　　　　　　　　　　　　　　　　　Jeffrey S. Williams
　　　　　　　　　　　　　　　　　　　　　*Attorney for Passport Health*
　　　　　　　　　　　　　　　　　　　　　*Communications, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 26th day of September, 2013, a copy of the foregoing was filed electronically through the Court's CM/ECF system, which causes service upon all counsel registered thereon.

                        /s/ James T. Burton

4813-4810-0374.1